UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

v.

RONALD WIECZOREK,

        Defendant.
_____

18-CR-92-V

**DECISION AND ORDER**

    1.  On May 14, 2018, the defendant, Ronald Wieczorek, pleaded guilty to Count 1 of the information charging a violation of Title 26, United States Code, Section 7201 (tax evasion).  Docket Item 3.

    2.  On May 14, 2018, the Honorable H. Kenneth Schroeder, Jr., United States Magistrate Judge, filed a Report & Recommendation recommending that the defendant's plea of guilty be accepted and that the defendant be adjudged guilty. Docket Item 5.

    3.  This Court has not received objections to the Report & Recommendation in accordance with Title 28, United States Code, Section 636(b)(1), and Rule 59(b) of the Federal Rules of Criminal Procedure, and the time to object now has expired.

    4.  This Court has carefully reviewed *de novo* Judge Schroeder's Report & Recommendation (docket item 5), the plea agreement (docket item 4), the information (docket item 3), a transcript of the digital FTR recording of the plea proceeding (docket item 7), and the applicable law.  This Court finds no legal or factual error in Judge Schroeder's Report & Recommendation and therefore adopts Judge

Schroeder's recommendation that the defendant's plea of guilty be accepted and that the defendant be adjudged guilty of Count 1 of the information.

IT IS HEREBY ORDERED that this Court adopts Judge Schroeder's May 14, 2018 Report & Recommendation, Docket Item 5, in its entirety, including the authorities cited and the reasons given therein, and it is further

ORDERED that the Court accepts the defendant's plea of guilty and defers acceptance of the plea agreement pursuant to Sentencing Guidelines Section 6B1.1(c), and the defendant, Ronald Wieczorek, is now adjudged guilty under Title 21, United States Code, Section 846.

SO ORDERED.

Dated: July 18, 2018
        Buffalo, New York

                              *s/ Lawrence J. Vilardo*
                              LAWRENCE J. VILARDO
                              UNITED STATES DISTRICT JUDGE